**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOSEPH SCOTT WARLEDO**<br><br>**Defendant.** | **Case No. 26-CR-299-JFH** |

**OPINION AND ORDER**

Before the Court is an Unopposed Motion to Declare this Case a Complex Matter ("Motion") filed by the United States of America ("Government"). Dkt. No. 30. The Government notes that Defendant Joseph Scott Warledo does not object to the Motion. *Id*. at 1. For the reasons set forth below, the Motion is GRANTED.

On August 4, 2026, Defendant was charged by Indictment with: (1) two counts of Sexual Abuse of an Incapable Victim, in violation of 18 U.S.C. §§ 1151, 1153, and 2242(2); (2) three counts of Sexual Abuse of a Minor in Indian Country, in violation of 18 U.S.C. §§ 1151, 1153, and 2243(a); (3) one count of Assault with a Dangerous Weapon with Intent to do Bodily Harm in Indian Country, in violation of 18 U.S.C. §§ 1151, 1153, and 113(a)(3); and (4) one count of Carrying, Using, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii). Dkt. No. 14.

This case involves multiple minor victims who were contacted and subjected to sexual conduct by the defendant and others. The sexual conduct was filmed or photographed and thereafter shared, disseminated, and discussed through numerous social media accounts, cellular phones, and Google and Apple iCloud accounts. Dkt. No. 30 at 2. The evidence in this case is voluminous, comprised of: (1) an initial production including "police reports, phone records,

photographs, forensic interviews of minors, search warrants, and other items;" (2) at least thirty-four (34) electronic account returns, each of which could contain "thousands of messages, hundreds, if not thousands, of photos and videos, and subscriber information," and most of which are still being processed by the Government; (3) nineteen (19) cellular phones, seventeen (17) of which are still being processed by the Government; and (4) four (4) additional electronic devices, including chrome books, a laptop, and an iPad, which are also still being processed. *Id.* The phones and devices contain large amounts of data, which is expected to include child sex abuse material that must be viewed at the law enforcement agency. *Id.*

Due to the volume and nature of the discovery in this case, its preparation and review will likely be time consuming and burdensome. Further, the involvement of minor victims and the nature of the evidence in this case increases the likelihood that expert witnesses will be retained. In sum, this case is "not typical as it relates to discovery" and is "outside the mainstream of cases for this district," as the Government contends. *Id.* at 3.

For these reasons, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), the Court finds that this is a complex case and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the limits established by 18 U.S.C. § 3161. The Court further finds that the ends of justice served by granting the continuance requested outweigh the interests of the public and Defendants in a speedy trial. Thus, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), the ends of justice dictate that the period of delay from the date of this order to the new trial date shall be excludable in computing the time from which the Indictment was filed and the time within which the trial of this action must commence.

IT IS THEREFORE ORDERED that the Unopposed Motion to Declare this Case a Complex Matter [Dkt. No. 30] is GRANTED. The jury trial set for October 19, 2026 at 8:45 a.m. is STRICKEN. The following amended scheduling order is hereby entered:

| | | |
|---|---|---|
| Joint status report regarding production of discovery filed: | 2/25/2027 | |
| Notices filed:<br>Including all notices required by FRCrP and FRE, including Rule 16, 404(b), 412, 413, 414 or 609 | 2/25/2027 | |
| Motions to dismiss for insufficient indictment filed: | 2/25/2027 | |
| Motions and objections to notices filed:<br>Absent good cause, motions in limine shall be filed by this date<br>Motions for bill of particulars shall be filed pursuant to FRCrP 7(f) | 3/4/2027 | |
| Pretrial conference: | 3/25/2027 | at 9:30 am |
| Voir dire, jury instructions, stipulations, & trial briefs filed: | 4/9/2027 | |
| Witness and exhibit lists exchanged between counsel and emailed to courtroom deputy (do not file): | 4/15/2027 | by 4:00 pm |
| Three hard-copy exhibit binders delivered to Court: | 4/15/2027 | by 4:00 pm |
| Jury trial: | 4/19/2027 | at 8:45 am |

Due to the Court's multi-district caseload, this schedule is relatively inflexible.

Pursuant to LCrR 47-2, any response shall be filed within seven days of any motion's filing. Replies are not permitted without leave of Court. If leave is granted, replies shall be limited to five pages.

Only one omnibus motion in limine per party and one motion to suppress per defendant is permitted without leave of Court.

The Court shall summarily deny without prejudice any motion that does not comply with LCrR 47-4, which requires a motion state on the first page whether or not it is opposed and, if opposed, state whether concurrence was refused or explain why concurrence could not be obtained.

The parties should meet and confer in good faith to discuss any stipulations that would streamline the issues at trial. Any stipulations agreed to should be submitted by the date listed.

If the parties anticipate a lengthy pretrial/motion hearing, they are directed to promptly contact the Courtroom Deputy and the hearing will be reset.

If the parties anticipate a plea of guilty, they are directed to promptly contact the Courtroom Deputy and a change of plea hearing (separate from the pretrial docket call) will be set. The parties must provide a petition to enter plea of guilty and any plea agreement (if applicable) to the Court and file any superseding information (if applicable) at least three business days prior to the change of plea hearing.

The parties are encouraged to review the Court's Criminal Guidelines.

Dated this 26th day of August 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE